IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NATALIE GOOLIK,<br><br>    Plaintiff,<br><br>v.<br><br>PHILIP SOBASH,<br><br>    Defendant. | Case No. 25-3041<br><br>JURY TRIAL DEMANDED |

## COMPLAINT

NOW COMES Plaintiff, Natalie Goolik, by and through her attorney, David M. Manes, Esq., of Manes & Narahari LLC, and files this Complaint alleging as follows:

### I.      Nature of the Action

1.      Plaintiff brings this Complaint to recover damages arising from the Defendant's unlawful and intentional dissemination of intimate images of the Plaintiff without consent. In violation of 18 Pa. Cons. Stat. § 3131 ("Unlawful dissemination of an intimate image").

### II.      Jurisdiction and Venue

2.      This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332(a)(1), as there is complete diversity of citizenship between Plaintiff and Defendant, and the amount in controversy exceeds $75,000, exclusive of interest and costs.

3.      Venue is proper in this District under 28 U.S.C. § 1391(b)(2) because a substantial part of the events or omissions giving rise to the claim occurred in this judicial district.

### III.  Parties

4. Plaintiff Natalie Goolik is a natural person and citizen of the Commonwealth of Pennsylvania, residing at 1916 Gerritt Street, Philadelphia, PA 19146.

5. Defendant Philip Sobash is a resident of Texas with an address of 5001 Rob Scott Street #2, Austin, Texas 78721.

### IV.  Facts

6. Plaintiff began conversing with Defendant in Summer 2016.

7. Plaintiff resided in multiple locations during communication with Defendant, consisting of; Raleigh, NC, Tampa, FL, San Diego, CA, and Columbia, MO.

8. Plaintiff shared certain intimate images with Defendant with the understanding and expectation that such images would remain private.

9. Plaintiff communicated with Defendant via text messages, Whatsapp, Instagram, and Seeking Arrangements.

10. On July 12, 2016, Defendant sent Plaintiff money via PayPal, twice. One payment of $100.00 and one payment of $150.00.

11. On July 13, 2016, Defendant sent Plaintiff a payment of $400.00 via PayPal.

12. On July 15, 2016, Defendant sent Plaintiff a payment of $200.00 via PayPal.

13. On July 16, 2016, Defendant sent Plaintiff money via PayPal, twice. One payment of $650.00 and one payment of $100.00.

14. On July 17, 2016, Defendant sent Plaintiff a payment of $300.00 via PayPal.

15. On July 18, 2016, Defendant sent Plaintiff a payment of $100.00 via PayPal.

16. On July 28, 2016, Defendant sent Plaintiff a payment of $100.00 via PayPal.

17. On July 31, 2016, Defendant sent Plaintiff a payment of $150.00 via PayPal.

18. On August 4, 2016, Defendant sent Plaintiff a payment of $250.00 via PayPal.

19. On August 7, 2016, Defendant sent Plaintiff a payment of $200.00 via PayPal.

20. Plaintiff sent Defendant an intimate video on August 14, 2016, August 18, 2016, August 24, 2016, and August 27, 2016.

21. Plaintiff sent Defendant intimate images on August 8, 2016, August 11, 2016, August 14, 2016, August 17, 2016, August 18, 2016, August 22, 2016, August 23, 2016, August 25, 2016, August 26, 2016, August 27, 2016, August 28, 2016, September 2, 2016, September 3, 2016, September 8, 2016, September 9, 2016, September 17, 2016 and September 19, 2016.

22. On September 22, 2016, Defendant sent Plaintiff a payment of $150.00 via PayPal.

23. Plaintiff sent Defendant intimate images on September 24, 2016, September 26, 2016, September 29, 2016, October 11, 2016, and October 12, 2016.

24. On January 20, 2017, Defendant sent Plaintiff a payment of $50.00 via PayPal.

25. On June 27, 2017, Defendant sent Plaintiff a payment of $100.00 via PayPal.

26. On September 5, 2017, Defendant sent Plaintiff a payment of $100.00 via PayPal.

27. On December 9, 2017, Defendant sent Plaintiff a payment of $100.00 via PayPal.

28. On April 20, 2018, Defendant sent Plaintiff a payment of $125.00 via PayPal.

29. On October 20, 2018 Defendant sent Plaintiff a payment of $125.00 via PayPal.

30. Defendant also sent gifts via Amazon and various sex stores.

31. In August 2024, Plaintiff discovered her intimate images had been leaked on the public website Leaked.com.

32. In August 2024, Plaintiff received sexual extortion threats from an unknown person to her personal email.

33. In Fall 2024, two unknown persons contacted Plaintiff via Instagram asking if she still engaged in pornography.

34. On August 20, 2024, Plaintiff reported the incidents to Philadelphia Police Department and the Special Victims Unit.

## COUNT I
Violation of 18 Pa. Cons. Stat. § 3131
Unlawful Dissemination of an Intimate Image

35. The averments contained in the preceding paragraphs are incorporated herein as though set forth at length.

36. Defendant posted numerous photographs of Plaintiff, all of which depicted her either partially or fully nude. All of the images had previously been sent to Defendant by Plaintiff.

37. Defendant used his possession of the images to harass Plaintiff. Defendant posted the images to the public website Leaked.com.

38. Under the Pennsylvania statute of Unlawful Dissemination of an Intimate Image, distributing individual must act with the "intent to harass, annoy, or alarm a current or former sexual or intimate partner." 18 Pa. Cons. Stat. § 3131.

39. Further, the disseminated images must show "a visual depiction of the current or former sexual or intimate partner in a state of nudity or engaged in sexual conduct." Id.

40. Defendant and Plaintiff engaged in a sexual relationship prior to Defendant's harassing use and distribution of Plaintiff's intimate images.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court enter judgment in her favor and against Defendant and grant the following relief:

A. Compensatory damages in an amount to be determined at trial, but in excess of $75,000;

B. Punitive damages;

C. Injunctive relief prohibiting Defendant from further dissemination of the images;

D. An order requiring Defendant to destroy all copies of the images in his possession, custody, or control;

E. Reasonable attorney's fees and costs of litigation;

F. Pre and post judgment interest; and

G. Any such other relief as the Court deems just and proper.

Respectfully Submitted,

David M. Manes, Esq.
PA ID No. 314661

**MANES & NARAHARI, LLC**
One Oxford Centre
301 Grant St, Suite 270
Pittsburgh, PA 15219
(412) 626-5570 Direct
(412) 650-4845 Fax
dm@manesnarahari.com

**VERIFICATION**

I, Natalie Goolik, swear under penalty of perjury under the laws of the United States of America that the facts alleged in the foregoing Complaint are true and correct to the best of my knowledge.

06/06/2025

Date

*Natalie Goolik* (Jun 6, 2025 12:43 EDT)

Natalie Goolik

# Complaint

Final Audit Report                                                                 2025-06-06

| | |
|---|---|
| Created: | 2025-06-04 |
| By: | Tonya Mattes (tm@manesnarahari.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAibs8YLwriaNgwW9lJn5bBREX-6-GpWLX |

## "Complaint" History

- Document created by Tonya Mattes (tm@manesnarahari.com)
  2025-06-04 - 1:33:22 AM GMT

- Document emailed to ngoolik@gmail.com for signature
  2025-06-04 - 1:33:26 AM GMT

- Email viewed by ngoolik@gmail.com
  2025-06-04 - 2:06:48 AM GMT

- Email viewed by ngoolik@gmail.com
  2025-06-06 - 4:41:04 PM GMT

- Signer ngoolik@gmail.com entered name at signing as Natalie Goolik
  2025-06-06 - 4:43:00 PM GMT

- Document e-signed by Natalie Goolik (ngoolik@gmail.com)
  Signature Date: 2025-06-06 - 4:43:02 PM GMT - Time Source: server

- Agreement completed.
  2025-06-06 - 4:43:02 PM GMT

Adobe Acrobat Sign