**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

August 20, 2025

DAVID M. MANES
Manes & Narahari, LLC
One Oxford Centre
301 Grant Street
Suite 270
Pittsburgh, PA 15219


RE: 2:25-cv-03041-TJS
GOOLIK v. SOBASH


Dear Counsel,

    A review of the docket shows that service of the complaint has not been made.

    Rule 4(m) of the Federal Rules of Civil Procedure requires that the defendant must be served with the complaint within ninety days after the complaint is filed. If service is not made by **September 11, 2025**, the action will be dismissed without prejudice for lack of prosecution unless good cause for the failure to comply with Rule 4(m) is shown prior to that time.

Alex Eggert
Deputy Clerk to Judge Savage
267-299-7489
