**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **NATALIE GOOLIK** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **PHILIP SOBASH** | : | **NO. 25-3041** |

## <u>ORDER</u>

**NOW**, this 17th day of September, 2025, upon consideration of the plaintiff's failure to serve the Summons and Complaint, and in accordance with the notice sent to counsel dated August 20, 2025 (Doc. No. 4), it is **ORDERED** that the complaint is **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 4(m).

<u>    /s/ Timothy J. Savage</u>
TIMOTHY J. SAVAGE, J.